No. 89-1134.   YOSEF v. PASSAMAQUODDY TRIBE ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 89-1136.   MCDONNELL v. BOARD OF COMMISSIONERS, CANYON COUNTY, IDAHO.   Sup. Ct. Idaho.   Certiorari denied.

No. 89-1138.   STEELE v. MINNESOTA.   Ct. App. Minn.   Certiorari denied.

No. 89-1139.   LOCAL 827, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS v. TRAD ET AL.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 89-1144.   SARGENT ET AL. v. PAINEWEBBER INC. ET AL. C. A. D. C. Cir.   Certiorari denied.

No. 89-1145.   MCCRACKEN v. CITY OF COLLEGE PARK, GEORGIA, ET AL.   Sup. Ct. Ga.   Certiorari denied.

No. 89-1150.   BLUE CROSS & BLUE SHIELD OF MARYLAND, INC. v. WEINER ET AL.   Dist. Ct. App. Fla., 4th Dist.   Certiorari denied.

No. 89-1153.   FLORIDA v. CHRISTIAN; and
No. 89-6462.   CHRISTIAN v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 89-1155.   THOMAS v. CARPENTER ET AL.   C. A. 9th Cir. Certiorari denied.

No. 89-1169.   COMORA ET AL. v. RADELL ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 89-1174.   HIRSCH, TESTAMENTARY EXECUTOR OF THE SUCCESSION OF GODCHAUX, WIDOW OF NEWMAN, ET AL. v. CITY OF NEW ORLEANS ET AL.   Sup. Ct. La.   Certiorari denied.

No. 89-1180.   BARRETT ET AL. v. CONTINENTAL ILLINOIS NATIONAL BANK & TRUST COMPANY OF CHICAGO.   C. A. 1st Cir. Certiorari denied.